UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-01558-PA-SSC                    Date: May 11, 2026

Title      Kelly Shannon Campbell v. County of Riverside, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                 Teagan Snyder                 |               n/a               |
|:---------------------------------------------:|:-------------------------------:|
|                 Deputy Clerk                  |     Court Reporter / Recorder     |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:--------------------------------:|:--------------------------------:|
|           None Present           |           None Present           |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute, Update Address and/or Comply with Court Order**

On March 31, 2026, *pro se* Plaintiff Kelly Shannon Campbell filed a civil rights complaint under 42 U.S.C. § 1983 against Defendants the County of Riverside, the Riverside County Sheriff's Department, the Riverside County Probation Department, and 50 Does. (ECF 1.)  Along with the complaint, Plaintiff filed a request to proceed *in forma pauperis* (IFP).  (ECF 2.)  Because the information in the IFP request was insufficient for the Court to decide the request, the Court ordered Plaintiff to provide additional information by May 4, 2026.  (ECF 5.)  The deadline to file the requested IFP information has passed, and the court has not received the requested information or any other communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-01558-PA-SSC                    Date: May 11, 2026

Title        Kelly Shannon Campbell v. County of Riverside, et al.

In addition, the Court notes that mail addressed to Plaintiff at the address on file was returned to the Court on April 8, 2026.  (ECF 6.) Rule 41-6 of the Local Civil Rules for the Central District of California states:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address***.  A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **June 1, 2026**, why this action should not be dismissed for failure to prosecute, provided an updated address, and/or comply with a court order.  In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **June 1, 2026**.

If Plaintiff files the requested information by **June 1, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause or file the requested information will result in a recommendation to the district judge to dismiss**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01558-PA-SSC                    Date: May 11, 2026

Title      Kelly Shannon Campbell v. County of Riverside, et al.

**this case for failure to prosecute and/or comply with a court
order.**

**IT IS SO ORDERED.**

                                                     :
                                   Initials of Preparer      **ts**