UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. **5:26-cv-01558-PA-CTS** Date: **September 18, 2026**

Title **Kelly Shannon Campbell v. County of Riverside, et al.**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On July 10, 2026, the Court issued an Order Dismissing Complaint with Leave to Amend ("Order"). (ECF No. 12.) The Court dismissed Plaintiff's Complaint (ECF No. 1) with leave to amend and provided Plaintiff with the opportunity to file a First Amended Complaint ("FAC") by no later than August 10, 2026. (Order 7.) The Court cautioned Plaintiff that "**failure to file a timely FAC may result in the dismissal of this action for failure to prosecute and/or comply with a court order.**" (*Id.*) On August 21, 2026, the Court ordered Plaintiff to show cause why the Court should not recommend dismissal for failure to prosecute, no later than September 4, 2026 ("OSC"). (ECF No. 13.) To date, Plaintiff has not filed a FAC or responded to the Order. The Court gives Plaintiff one final opportunity to do so.

Plaintiff is again **ORDERED TO SHOW CAUSE** by **October 3, 2026** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC or a Notice of Dismissal (form attached to this order) on or before that date, the prior OSC and this Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is advised that failure to comply with this order <u>will</u> result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. ***See*** **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>

Notice of Dismissal