**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY SHANNON CAMPBELL,<br>Plaintiff,<br>v.<br>COUNTY OF RIVERSIDE, et al.,<br>Defendants. | Case No. 5:26-cv-01558-PA-CTS<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Report and Recommendation of the United States Magistrate Judge (ECF No. 16), and the records on file herein. Further, the time for filing objections has expired, and no objections have been made.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: November 3, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE