**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KELLY SHANNON CAMPBELL,
Plaintiff,
v.
COUNTY OF RIVERSIDE, et al.,
Defendants.

Case No. 5:26-cv-01558-PA-CTS

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 3, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE